ACCEPTED
14-15-00865-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 4:50:03 PM
CHRISTOPHER PRINE
CLERK



# CITY OF HOUSTON
### Legal Department

**Annise D. Parker**

Mayor

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 4:50:03 PM
CHRISTOPHER A. PRINE
Clerk

Donna L. Edmundson
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

October 21, 2015

***Via E-Filing***

Hon. Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, Texas 77002

Re:   14-15-00865-CV; *City of Houston, et al. v. Houston Municipal Employees Pension System*; in the Court of Appeals for the Fourteenth District of Texas at Houston

Dear Mr. Prine:

We are in receipt of your correspondence dated October 20, 2015 to Mr. Blake Hawthorne, Clerk of the Supreme Court of Texas, stating that Appellee Houston Municipal Employee Pension System ("Appellee") has requested that the Supreme Court of Texas transfer this matter to the First Court of Appeals under the procedure set forth in *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 137 n.2 (Tex. 1995), which references section 73.001 of the Texas Government Code. That statute allows the Supreme Court to order cases transferred from one court of appeals to another when there is good cause. *See* Tex. Gov't Code § 73.001.

Respectfully, Appellee's motion was not filed under section 73.001 of the Texas Government Code. Rather, Appellee sought transfer pursuant to Rules 1.5 of the Local Rules of both the Fourteenth and First Courts of Appeals

Council Members:  Brenda Stardig   Jerry Davis   Ellen R. Cohen   Dwight A. Boykins   Dave Martin   Richard Nguyen   Oliver Pennington   Edward Gonzalez
Robert Gallegos   Mike Laster   Larry V. Green   Stephen C. Costello   David W. Robinson   Michael Kubosh   C.O. "Brad" Bradford   Jack Christie
Controller:  Ronald C. Green

regarding transfer of related cases between the two appellate courts.[1] Appellee's request for transfer was directed to this Court, not to the Texas Supreme Court, and it did not seek transfer under section 73.001 through the procedure specified in *Miles*. *See Miles*, 914 S.W.2d at 137 n.2.

The City does not advocate for either appeals court to be assigned. However, the City does object to institution of this process under section 73.001 when Appellee has not sought such a transfer and the issue has not been briefed by either side.

Sincerely,

*/s/ Fernando De Leon*

Fernando De Leon
Senior Assistant City Attorney

cc: *See attached Certificate of Service*

---

[1] *See* Appellee's Motion to Transfer Venue (filed October 12, 2015). *See also* Local Rule 1.5(a), Fourteenth Court of Appeals Local Rules; Local Rule 1.5(a), First Court of Appeals Local Rules. Appellee's reply brief also cites sections 22.202(h) and (i) of the Texas Government Code, which address, respectively, random assignment to either the Fourteenth or First Court and docket equalization through transfer by the clerks of the Fourteenth and First Courts from one court to the other—and do not support or authorize a transfer request directed to the Supreme Court or a transfer order by the Supreme Court. *See* Tex. Gov't Code § 22.202(h) and (i).

### Certificate of Service

I hereby certify that on this 21st day of October, 2015, a true and correct copy of the foregoing has been served on recipients below via e-service and/or email:

Travis J. Sales
Rob Fowler
Tina Q. Nguyen
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
travis.sales@bakerbotts.com
rob.fowler@bakerbotts.com
tina.nguyen@bakerbotts.com

Thomas R. Phillips
98 San Jacinto Boulevard, Suite 1500
BAKER BOTTS L.L.P.
Austin, Texas 78701
tom.phillips@bakerbotts.com

*Attorneys for Appellee Houston
Municipal Employees Pension System*

Hon. Blake A. Hawthorne, Clerk
The Supreme Court of Texas
P.O. Box 12248
Austin, Texas 78711
blake.hawthorne@courts.state.tx.us

 */s/ Fernando De Leon*
Fernando De Leon